**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Thomas E. Albert

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. ALBERT,<br><br>　　Plaintiff,<br><br>　　v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. SACV10-0075 DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS and NO CENTS ($3,800.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and EIGHTY ONE CENTS ($369.81) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

　　Dated:　　　June 14, 2011

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1

Respectfully submitted,

LAW OFFICES OF MARTIN TALLER

/s/ Troy Monge
_____
Troy D. Monge
Attorney for Plaintiff Thomas E. Albert